# BOHRER & LUKEMAN, PLLC

COUNSELLORS AT LAW
5 Columbus Circle
Suite 1501
New York, NY 10019
OFFICE (212) 406-4232
TELEFAX (212) 202-4440

www.flightinjury.com

MEMBERS NY AND NJ BAR

Abram I. Bohrer, Esq.
--------------------
abe@flightinjury.com

NEW JERSEY OFFICE
354 Eisenhower Pkwy
Plaza 1, Second Floor
Livingston, NJ 07039

August 4, 2025

**Via ECF:**

The Honorable Eric R. Komitee
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11021

Re: *Salter v. Delta Airlines, Inc.*
*Index No.: 1:25-cv-02022-EK-MMH*

Dear Judge Komitee:

We represent the Plaintiff in the above-referenced action. I write to respectfully notify the Court of a docketing error concerning the Affidavit of Service filed for Defendant Elizabeth Miller.

Service upon Defendant Elizabeth Miller was properly completed on July 23, 2025, by personal service through Supreme Judicial Services. However, due to an inadvertent clerical error, the docket reflects the service date as May 13, 2025.

We respectfully request that the docket be corrected to reflect the accurate service date of July 23, 2025, and that the answer due date be properly calculated based on that date and reflected on the Court's calendar accordingly.

For the Court's reference, we have attached the Affidavit of Service as *Exhibit A*, which confirms the correct service date and method.

We apologize for any confusion or inconvenience this may have caused and are available to provide any supporting documentation upon request.

Your Honor's courtesies are sincerely appreciated.

Respectfully submitted,
BOHRER & LUKEMAN, PLLC

_____
Abram I. Bohrer, Esq. (AB4336)